## IN THE UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 18-10180- FJB |
| Chandra N. Joseph-Lacet, } | |
| } | Chapter 13 |
| } | |
| **Debtor** } | |

DEBTOR'S MOTION TO AMEND CHAPTER 13 BANKRUPTCY PLAN

NOW COMES the Debtor, Chandra N. Joseph-Lacet ("Debtor"), and respectively requests that she be allowed to Amend her Chapter 13 Plan. In support, the Debtor states the following:

1. Debtor commenced this case on January 19, 2018 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The debtor has filed with this Court her Amended Chapter 13 Plan, attached hereto.

3. The Debtor has amended her Chapter 13 Plan to accurately list the name of a secured creditor, changing it from Mr. Cooper to Northstar Mortgage, LLC, dba Mr. Cooper.

WHEREFORE, debtor prays that she be allowed to amend her Chapter 13 Plan.


Respectfully submitted,
The Debtor,
By her attorney,


/s/ Richard C. Hyman
Richard C. Hyman, Esq.
Law Office of Richard C. Hyman
1259 Hyde Park Avenue, Suite 128
Hyde Park, MA 02136
(617) 361-5310
BBO# 546722
rchyman@richardchymanlaw.com

Dated: March 7, 2018

**ORDER**

The motion of the above-named debtor, Ronald Ganthier, to Amend her Bankruptcy Plan is allowed.

Dated: _____

                                        **U.S. BANKRUPTCY JUDGE**

CERTIFICATE OF SERVICE

I, Richard C. Hyman, hereby certify that on March 7, 2018, a copy of the Debtor's Motion to Amend Chapter 13 Bankruptcy Plan was electronically filed with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, US Trustee
United States Department of Justice
5 Post Office Square, Suite 1000
Boston, MA 02109-3934

Carolyn Bankowski, Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

And upon the following parties by first class mail, postage prepaid:

Nationstar Mortgage LLC
Attn: Bankruptcy
8950 Cypress Waters Blvd.
Coppell, TX 75019

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Shellpoint Mortgage Servicing
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603

/s/ Richard C. Hyman